**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02370-RBJ

ARROW ELECTRONICS, INC.,

    Plaintiff,

vs.

ARROW PARTNERSHIP, LLC, and
ARROW HOLDINGS, LLC

    Defendants.

## ORDER GRANTING MOTION TO STAY EXECUTION
## OF JUDGMENT PENDING APPEAL

THIS MATTER having come before the Court on Plaintiff's Motion to Stay Execution of Judgment Pending Appeal [ECF No. 75] filed by Arrow Electronics, Inc. (Arrow), pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(a), and the Court being fully advised in the premises,

FINDS that there is good cause shown to stay, pending appeal, execution of or any proceedings to enforce the Second Amended Final Judgment entered in this action on January 26, 2017 (Judgment), and

FURTHER FINDS that Arrow has tendered a Supersedeas Bond that is good and adequate security for the Judgment, and

ORDERS that execution of, or any proceedings to enforce, the Judgment are stayed until the date the United States Court of Appeals for the Tenth Circuit issues its mandate in the appeal taken from the Judgment or the appeal is otherwise resolved or withdrawn.

DATED this 23rd day of February, 2017.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge